UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PHILLIP CROW,

Plaintiff,

-vs- Case No: 07-740

COOPER MARINE & TIMBERLANDS CORP.,

Defendant.

_______________________________________/

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (obryd6523)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

_______________________________________/

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action

occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about August 12, 2007, Plaintiff was in the course of employment stepping into a gangplankless vessel devoid of a safe means of ingress and egress when because of said failure to provide a safe place to work and seaworthy vessel he was injured.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

a. Pain and suffering, past future;

b. Mortification, humiliation, fright shock and embarrassment;

c. Loss of earnings and earning capacity;

d. Hospital, pharmaceutical and other cure expenses;

e. Aggravation of prior condition, if any there be;

f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

g. Mental anguish;

h. Found;

i. Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN COHEN KUEBLER

/s/ Dennis M. O'Bryan

DENNIS M. O'BRYAN (obryd6523)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net

Dated: October 15, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PHILLIP CROW,

Plaintiff,

-vs- Case No: 07-740

COOPER MARINE & TIMBERLANDS CORP.,
COMPANY,

Defendant.
_______________________________________/

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (obryd6523)
Attorney for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
_______________________________________/

DEMAND FOR TRIAL BY JURY

______NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, and hereby demands trial by jury in the above-referenced cause of action.

O'BRYAN BAUN COHEN KUEBLER

/s/ Dennis M. O'Bryan

______________________________________

DENNIS M. O'BRYAN (obryd6523)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax
dob@obryanlaw.net

DATED: October 15, 2007