IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP CROW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 07-0740-KD-C** |
| | ) |
| **COOPER MARINE & TIMBERLANDS** | ) |
| **CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the court on "Defendant's Motion to Reconsider Plaintiff's Unopposed Motion for Amendment of Scheduling Order and For Extension of Discovery." (Doc. 44) Upon consideration, the motion for reconsideration is **GRANTED, in part, as follows:**[1]

The trial of this action, presently set for the March 2009 term, is hereby continued to the **June 2009** term with jury selection to be held before the undersigned District Judge at **8:45 a.m. on June 2, 2009.**

The final pretrial conference shall be held on **Thursday, May 14, 2009 at 12:30 p.m.,** in Courtroom 5-A, United States District Court for the Southern District of Alabama, 113 St.

---

[1] To the extent the parties move the court to reconsider its earlier order denying the motion to reopen discovery (doc. 41), the motion is DENIED.  As the court has previously noted, this ruling does not prevent the parties from conducting the depositions.  The parties may agree to conduct the additional depositions.  However, the court will not intervene if problems arise. (See Introduction to Civil Discovery Practice in the Southern District of Alabama (1998) which is available on the website for the United States District Court, Southern District of Alabama, www.als.uscourts.gov)

Joseph Street, Mobile, Alabama 36602. [2]

DONE this the 4th day of February 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[2] Pretrial disclosures are due **April 24, 2009**. The parties' Joint Proposed Pretrial Document is due by **May 7, 2009.**