# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP CROW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 07-0740-KD-C** |
| | ) |
| **COOPER MARINE & TIMBERLANDS CORPORATION,** | ) ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff and against Defendant for maintenance, and the amount due to Plaintiff and to be paid by Defendant is $2,420.

**DONE** and **ORDERED** this the 2nd day of September 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**